262 So.2d 789

**CHALMETTE FINANCE CORPORATION**

v.

**Milton C. RAFAEL, Jr., and Mrs. Barbara Rafael.**

**No. 52529.**

June 15, 1972.

Application denied; the showing made does not warrant the exercise of our supervisory jurisdiction.

262 So.2d 788

**Mrs. Dorothy TOLMAS, Wife of/and Bernard A. HORTON**

v.

**SELIGMAN & LATZ, INC., and Employers-Commercial Union Insurance Companies.**

**No. 52527.**

June 15, 1972.

Writ denied. On the facts found by the Court of Appeal the judgment is correct.